# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CHRISTINE MAYES

     Plaintiff,

v.                                         Case No. 8:15-cv-02288-JDW-TGW

CREDENCE RESOURCE
MANAGEMENT, LLC

     Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Credence Resource Management, LLC (Credence), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: November 19, 2015             Respectfully Submitted,

                                                    */s/Michael Schuette*
                                                    Michael P. Schuette, Esq.
                                                    Florida Bar No. 091498
                                                    Dayle M. Van Hoose, Esq.
                                                    Florida Bar No. 0016277
                                                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                                    3350 Buschwood Park Drive, Suite 195
                                                    Tampa, Florida  33618
                                                    Telephone:   (813) 890-2472
                                                    Facsimile:    (866) 209-0761
                                                    mschuette@sessions.legal
                                                    dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Credence Resource Management, LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 19th day of November 2015, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Alan C. Ewbank, Esq.
The Golden Law Group
808-A Oakfield Drive
Brandon, FL 33511
alan@brandonlawyer.com

*/s/Michael Schuette*
Attorney